NO. 16280

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 29th JUDICIAL DISTRICT |
| | § | |
| JOHN MICHAEL RAY MARSH | § | PALO PINTO COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
EASTLAND, TEXAS
7/14/2017 3:31:06 PM
SHERRY WILLIAMSON
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JOHN MICHAEL RAY MARSH, Defendant in the above-styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against JOHN MICHAEL RAY MARSH, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order. This is an appeal in Motion to Proceed with an Adjudication of Guilt case as defined under Texas Rule of Appellate Procedure 25.2(a)(2), and Defendant is appealing only those matters that were raised by a written motion filed and ruled on before trial. Tex. R. App. P.25.2(a)(2)(A).

Respectfully submitted,

**FILED**
AT 12:00 PM/AM

JUL 14 2017

JANIE GLOVER, DISTRICT CLERK
PALO PINTO COUNTY TEXAS
BY_____ DEPUTY

CANNON LAW FIRM
215 Old Annetta Road
Aledo, Texas 76008
Tel: (817) 441-4114
Fax: (817) 441-1650

By:_____
Chad W. Cannon
State Bar No. 24008829

ATTORNEY FOR DEFENDANT

**NOTICE OF APPEAL** Page 1

## CERTIFICATE OF SERVICE

This is to certify that on the ___14___ day of July, 2017, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Palo Pinto County, 520 Oak Street, Palo Pinto, Texas 76484, via hand delivery.

Chad W. Cannon